UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michael W Turskey<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-22029<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## ORDER DENYING DISCHARGE

This matter coming on the Trustee's Objection to Discharge proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The discharge of the above referenced debtor(s) for this bankruptcy case is denied.

Enter:

[signature]
United States Bankruptcy Judge

Dated:   AUG 2 1 2015

**Prepared by:**
Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
(630-981-3888)

Rev: 20120209_bko