UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Michael W Turskey<br><br><br><br>Debtor(s) | BK No.:  15-22029<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER AUTHORIZING SHORT SALE

THIS MATTER coming to be heard on the Motion to Authorize Short Sale, the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtor is authorized to enter into the short sale agreement for the property located at 1805 Hervey Ave, North Chicago, IL 60064.

2. ~~The lien with SETERUS shall be paid in full, unless otherwise agreed upon by SETERUS.~~

3. SETERUS is in no way compelled to accept a short sale under this order.

4. The HUD1 from the short sale shall be provided to the Trustee's office along with any non-exempted proceeds.

Enter:

AUG 0 3 2018

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko